IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| ROBIN SEALE AND<br>LAWRENCE "JR" SEALE | PLAINTIFFS |
| | CAUSE NO.: 3:19cv213-NBB-RP |
| v. | |
| MISSISSIPPI DEPARTMENT OF TRANSPORTATION, ASHLEY FURNITURE INDUSTRIES, INC., S&S EXCAVATION, LLC, AND PONTOTOC COUNTY BOARD OF SUPERVISORS | DEFENDANTS |
| | JURY TRIAL DEMANDED |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO CLAIMS AGAINST THE PONTOTOC COUNTY
BOARD OF SUPERVISORS PURSUANT TO F.R.C.P. 41(a)**

THIS DAY this matter came before this Court on the request of the Plaintiffs and the Pontotoc County Board of Supervisors to dismiss the claims against the Pontotoc County Board of Supervisors without prejudice, and the Court, being fully advised in the premises and of the agreement of counsel for the Plaintiffs and for the Pontotoc County Board of Supervisors, does hereby find that the request is well-taken and should be granted.

IT IS THEREFORE ORDERED that the claims against the Pontotoc County Board of Supervisors should be dismissed without prejudice with each party to bear their own costs.

SO ORDERED this, the 9th day of March, 2020.

                                                /s/ Neal Biggers
                                                NEAL B. BIGGERS, JR.
                                                UNITED STATES DISTRICT JUDGE

AGREED BY:

*/s/ Jenessa Carter Hicks*
David E. Rozier, Jr. (MSB #5712)
Jenessa Carter Hicks (MSB #103287)
*Counsel for the Plaintiffs*

*/s/ Arnulfo U. Luciano*
Arnulfo U. Luciano (MSB #99198)
*Counsel for the Pontotoc County Board of Supervisors*