**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBIN SEALE AND
LAWRENCE "JR" SEALE**                                                      **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO. 3:19-CV-00213-NBB-RP**

**ASHLEY FURNITURE INDUSTRIES, INC.
AND S&S EXCAVATION, LLC.**                                    **DEFENDANTS**

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC.
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) WITH PREJUDICE**

COME NOW the Plaintiffs, Robin and Lawrence "Jr" Seale, by and through their undersigned attorneys of record, and submit this, their *Stipulation of Voluntary Dismissal of Claims Against Ashley Furniture Industries, Inc. Pursuant to F.R.C.P. 41(a)(1)(A)(ii) With Prejudice* and hereby stipulate that the claims against Defendant Ashley Furniture Industries, Inc. are hereby dismissed with prejudice, with each party to bear his/her/its own costs. Counsel for Ashley Furniture Industries, LLC (f/k/a Ashley Furniture Industries, Inc.), has executed this *Stipulation* as required by Rule.

This 7th day of September, 2022.

                                       Robin Seale and Lawrence "JR" Seale, Plaintiffs

                                 BY: */s/ David E. Rozier, Jr.*
                                              David E. Rozier, Jr. (MSB #5712)
                                              Jenessa Carter Hicks (MSB #103287)
                                              Attorneys for Plaintiffs

Agreed on behalf of Defendant Ashley Furniture Industries, Inc.

BY: */s/ Scott Fuller Singley*
    Scott Fuller Singley
    MS State Bar No. 100134
    BRUNINI, GRANTHAM, GROWER & HEWES
    Post Office Box 7520
    Columbus, Mississippi 39705
    T: (662) 329-8360
    F: (601)960-6902
    E-Mail: ssingley@brunini.com

    */s/ Noelle E. Wooten*
    Noelle E. Wooten (admitted *pro hac vice*)
    N.C. State Bar No. 19113
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    301 South College Street, Suite 2300
    Charlotte, North Carolina 28202
    T: (704) 417-3000
    F: (704) 377-4814
    E-Mail: noelle.wooten@nelsonmullins.com

Attorneys for Defendant Ashley Furniture Industries, Inc.

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day filed the foregoing pleading via ECF, which sent notice of such filing to all counsel of record for all parties.

This the 7th day of September, 2022.

*/s/ David E. Rozier, Jr.*